IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID LASSEGUE, | No. 4:21-CV-01466 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| UNITED STATES, *et al.*, | |
| Defendants. | |

**ORDER**

**JULY 29, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The United States' motion to dismiss, or in the alternative, for summary judgment, Doc. 20, is **GRANTED.**

2. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendant, the United States, and as against Plaintiff on Plaintiff's FTCA claim.

3. Plaintiff's *Bivens* claim against remaining Defendants is dismissed as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and § 1915A(b)(1).

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge